**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-2548**

———————

INTERNATIONAL LONGSHOREMEN'S ASSOCIATION,
Local 333, AFL-CIO; DOUGLAS F. WAGNER, JR.,
individually and in the capacity of President
of International Longshoremen's Association;
CLIFTON G. GROSS, individually and in the
capacity of Vice President of International
Longshoremen's Association,

Plaintiffs - Appellants,

versus

INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, AFL-
CIO; RICHARD P. HUGHES, JR., individually and
in the capacity of General International Vice
President, International Longshoremen's Asso-
ciation; HORACE T. ALSTON, individually and in
the capacity of International Vice President,
International Longshoremen's Association; IN-
TERNATIONAL LONGSHOREMEN'S ASSOCIATION, Local
2066, AFL-CIO,

Defendants - Appellees.

STEAMSHIP TRADE ASSOCIATION OF BALTIMORE,
INC.,

Movant.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-99-
2653-L)

———————

Submitted: April 28, 2000                    Decided: June 6, 2000

_____

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Joel A. Smith, Travis M. Mastroddi, KAHN, SMITH & COLLINS, P.A., Baltimore, Maryland, for Appellants. Ernest L. Mathews, Jr., Rania V. Sedhom, GLEASON & MATHEWS, P.C., New York, New York; James R. Rosenberg, ABATO, RUBENSTEIN & ABATO, P.A., Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying its motion for preliminary injunction.  We have reviewed the record and the district court's opinion and find no reversible error.  We find that the district court did not clearly err in finding that Appellants would not likely suffer irreparable injury during the course of litigating this action.  See Sampson v. Murray, 415 U.S. 61, 90 (1974).  Accordingly, we affirm substantially on the reasoning of the district court.  See International Longshoremen's Ass'n, Loc. 333, AFL-CIO v. International Longshoremen's Ass'n, AFL-CIO No. CA-99-2653 (D. Md. Nov. 2, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3